ACCEPTED
03-14-00676-CR
7540871
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/26/2015 2:56:17 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00676-CR

| | | |
|---|---|---|
| ANGELITA RODRIGUEZ PACHECO, | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| | § | |
| VS. | § | THIRD DISTRICT |
| | § | |
| | § | |
| THE STATE OF TEXAS, | § | AUSTIN, TEXAS |
| Appellee | § | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/26/2015 2:56:17 PM
JEFFREY D. KYLE
Clerk

## SECOND MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S BRIEF

This motion is presented by the State of Texas, by and through the undersigned Assistant District Attorney, and in support would show:

I.

The Appellant's brief was filed on July 28, 2015. The brief for the State of Texas, Appellee, was originally due on August 27, 2015. This Court granted the State's first motion for extension of time to file its brief, requesting an additional 60 days. The State's brief is now due on October 26, 2015.

II.

The undersigned serves as an Assistant District Attorney in the 33rd and 424th District Attorney's office in Burnet, Texas. In the time since the Court granted the State's first motion for extension of time to file Appellee's Brief, a staffing vacancy

in our office required the undersigned to prepare or assist others in preparing and presenting five felony cases for trial to a jury. These trials occurred on the weeks of September 14, September 21, October 5, and October 19, and the undersigned is currently in the midst of preparation for a felony jury trial set for November 2. In addition to these trial settings, the undersigned has been required to manage 13 general felony criminal docket settings for Burnet County, along with two Grand Jury settings. Our office has recently hired an additional Assistant District Attorney to assist in managing our felony caseload, and so the undersigned expects to have sufficient time to adequately and clearly brief the issues raised by Appellant in the near future.

III.

In this case Appellant raises four issues which require extensive research and a thorough familiarity with the trial record to adequately address. The undersigned will need an additional 30 days to prepare and file the Appellee's Brief in this case. While the undersigned has been able to perform much of the research necessary to address each of the points raised in Appellant's brief, more time is needed to complete the drafting process to simplify and clarify Appellee's response to those issues for the benefit of the Court. This is the second motion for extension of time that the State of Texas has sought in this case.

PRAYER

The State of Texas, in consideration of the facts and circumstances set forth herein above, prays the Court grant this motion and extend the due date for the Appellee's Brief to November 25, 2015.

Respectfully submitted,

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725
Llano, Texas 78643
Telephone          Telecopier
(325) 247-5755     (325) 247-5274

/s/ R. Blake Ewing
By: _____
R. Blake Ewing
Assistant District Attorney
State Bar No. 24076376
ATTORNEY FOR APPELLEE

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded on the 26th day of October 2015, to Mr. Gary Prust, Attorney for Appellant, by facsimile and/or by email at gary@prustlaw.com

/s/ R. Blake Ewing
_____

R. Blake Ewing
Assistant District Attorney